### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE #1 (MCL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  3:24-cv-00585 |
| | ) | |
| WILLIAM B. LEE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

After court-wide discussion, it is the consensus of the court that a final decision in Case No. 3:21-cv-00590 may be informative of the issues in this case.  Therefore, in the interest of the court's already limited judicial resources, this case shall be or remain **ADMINISTRATIVELY CLOSED,** pending a final order in *Does #1-8 v. Rausch, et al.*, Case No. 3:21-cv-00590. The Clerk is directed to **TERMINATE ALL PENDING MOTIONS WITHOUT PREJUDICE** to refiling upon any reopening of this case.  Any order entered herein after August 21, 2024 that set a briefing schedule is hereby VACATED.

Within **28 days** of entry of final judgment in Case No. 3:21-cv-00590, including after appeal, the parties shall confer and file a joint status report, notifying the court of any resolution in this case or outlining their proposal for resuming litigation, including each party's statement of how the outcome in that case impacts this case. The parties shall not, however, file any further motions until this case is reopened, unless expressly given permission to do so by the court.

It is SO ORDERED.

_____

ALETA A. TRAUGER
United States District Judge